Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | John Joseph MULLIGAN |
| **Docket Number:** | 2:09CR00136-01 |
| **Offender Address:** | North Highlands, Sacramento |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 06/25/2010 |
| **Original Offense:** | 18 USC 2252(a)(4)(B) - Possession of One or More Matters Containing Depictions of Minors Engaged in Sexually Explicit Conduct (CLASS C FELONY) |
| **Original Sentence:** | 54 months custody Bureau of Prisons; 96 month Term of Supervised Release; $100 special assessment. No firearms; DNA collection. |
| **Special Conditions:** | 1) Shall participate in an outpatient correctional treatment program for drug or alcohol abuse; 2) Substance abuse testing; 3) Alcohol restrictions; 4) Mental health treatment; 5) Aftercare co-payment for treatment or testing services; 6) Search; 7) Computer restrictions; 8) No contact with minors; 9) Computer search; 10) No pornography; 11) Third-party disclosure to employer; 12) Sex offender treatment and polygraph examination; 13) Shall register as a sex offender. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 04/12/2013 (Supervision will commence) |
| **Assistant U.S. Attorney:** | Kyle Reardon    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Matthew C. Bockmon    **Telephone:** (916) 498-5710 |

RE: John Jospeh MULLIGAN
Docket Number: 2:09CR00136-01
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:** None

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

14. The defendant shall be monitored for a period of up to six (6) months, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay the costs of location monitoring based upon their ability to pay as directed by the probation officer. In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:

    The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer;

Justification: Mr. Mulligan is scheduled to release from custody and set to begin his term of supervised release in the Eastern District of California, on April 12, 2013. Unfortunately, he has been unable to establish a release residence and undoubtedly will be homeless upon his release from custody. In addition, due to the nature of the instant offense, Mr. Mulligan does not qualify for public law placement under the community corrections component.

In an effort to account for Mr. Mulligan's location and activities in the community, the undersigned probation officer is proposing location monitoring as a necessary tool of supervision. Mr. Mulligan has agreed to a modification of his conditions and has signed the enclosed Consent to Modify waiver form.

**RE:** John Jospeh MULLIGAN
     Docket Number: 2:09CR00136-01
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

                          Respectfully submitted,

                           /s/ Vladimir Pajcin

                          **VLADIMIR PAJCIN**
                          United States Probation Officer

**DATED:**    April 8, 2013
              Roseville, California
              VP:jc

**REVIEWED BY**:
              /s/ Kyriacos M. Simonidis
              _____
              **KYRIACOS M. SIMONIDIS**
              **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( x )   Modification approved as recommended.

Date: April 9, 2013

                          _____
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE


cc:    United States Probation
       Kyle Reardon, Assistant United States Attorney
       Matthew Bockmon, Assistant Federal Defender
       Defendant
       Court File